

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Rufino Palma Flores and
Jose Luis Arellano Quinones,

\* From the 358th District Court
  of Ector County,
  Trial Court No. D-23-02-0202-CV.

Vs. No. 11-23-00289-CV

\* December 11, 2025

Red Arrow Company, LLC;
Garmuz, LLC; Jesus Garcia
Munoz; and Sindy Almendares,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Rufino Palma Flores and Jose Luis Arellano Quinones.